John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
*john@kristensen.law*

Leigh S. Montgomery*
Texas Bar No. 24052214
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
*lmontgomery@eksm.com*

**ATTORNEYS FOR PLAINTIFF**
(* denotes *pro hac vice* forthcoming)

### UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MULLINS, on behalf of himself individually and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COMPEX LEGAL SERVICES, INC., a California corporation, <br><br> Defendant. | Case No. **2:24-cv-08939-SVW-JC** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
- 1 -

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Joseph Mullins, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses Defendant Compex Legal Services, Inc., ("Defendant") **without prejudice.**

Dated: November 27, 2024

**KRISTENSEN LAW GROUP & EKSM LLP**

*/s/ John P. Kristensen*
John P. Kristensen
Leigh S. Montgomery
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, the undersigned, an employee of KRISTENSEN LAW FIRM, LLC, with an office located at 120 Santa Barbara Street, Suite C9, Santa Barbara, CA 9310, declare under perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding. I certify that on November 27, 2024, true and correct copy of the attached: **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,** and accompanying document were served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Jerome Doctors, State Bar No. 143581
**COZEN O'CONNOR**
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7942
Fax: 213.892.7999
Email: *JDoctors@cozen.com*

Max E. Kaplan (pro hac vice forthcoming)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2800
Fax: 215.701.2282
Email: *MKaplan@cozen.com*

*Attorneys for Defendant Compex Legal Services, Inc.*

                                                            */s/ Sarah Cohen*
                                                              Sarah Cohen